# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2007

132550

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JAMES A. AKOURI and URI, LLC,
     Plaintiffs-Appellants,

v

STANDARD FEDERAL BANK, NA,
     Defendant-Appellee.

SC: 132550
COA: 267613
Oakland CC: 2004-062096-CK

_____/

     On order of the Court, the application for leave to appeal the August 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     WEAVER and KELLY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2007

s0418

_____
Clerk